UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA, Ex Rel, et al.</u>

        v.        Civil No. 08-cv-444-JD

<u>Exeter Health Resources, Inc., et al.</u>

<u>O R D E R</u>

The Court having reviewed the Motion for and Consent to Voluntary Dismissal, it is hereby ordered as follows:

1.  The case name on the docket sheet listing the names of parties and counsel, and the complaint, shall be unsealed;

2.  All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the Motion for and Consent to Voluntary Dismissal;

3.  The seal shall be lifted as to all other documents filed in this action after the date of this Order;

4.  The case is dismissed without prejudice as to the United States, the State of New Hampshire, and the Relator; and

5.  The Clerk of Court is directed to close this case.

SO ORDERED.

October 22, 2009                                  ***/s/ Joseph A. DiClerico, Jr.***
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

cc:    Gregory Eaton, Esq.
        Michael Regan, Esq.
        Robert Sadowski, Esq.
        John Farley, Esq.
        Jeffrey Cahill, Esq.